CAUSE NO. ~~25,598-B~~ 26404-B

| | | |
|---|---|---|
| ALBERT RAY WILLIAMS | § | IN THE 104TH DISTRICT COURT |
| | § | |
| *Plaintiff* | § | |
| | § | |
| VS | § | OF |
| | § | |
| DAKOTAH CLAY CROXTON & | § | |
| GREAT WESTERN DISTRIBUTING | § | |
| COMPANY OF AMARILLO d/b/a | § | |
| BILL REED DISTRIBUTING | § | |
| COMPANY, GERMANIA SELECT | § | |
| INSURANCE COMPANY & | § | |
| PHILADELPHIA INDEMNITY | § | |
| INSURANCE COMPANY | § | |
| | § | |
| *Defendants* | § | TAYLOR COUNTY, TEXAS |

FILED

FEB 22 2016

Patricia Henderson
DISTRICT CLERK, TAYLOR COUNTY, TEXAS
BY _____ DEPUTY

## ORDER ON DEFENDANT'S
## MOTION FOR SUMMARY JUDGMENT AS TO GROSS NEGLIGENCE

On this day came on to be considered Defendant GREAT WESTERN DISTRIBUTING COMPANY OF AMARILLO d/b/a BILL REED DISTRIBUTING COMPANY'S Motion for Summary Judgment and the Court having considered the motion, the response, the evidence on file, and arguments of counsel, finds that such motion is well taken and should be granted as to Plaintiff's gross negligence claim against Great Western Distributing Company of Amarillo d/b/a Bill Reed Distributing Company.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant's Motion for Summary Judgment as to Plaintiff's gross negligence claim be, and is hereby, GRANTED, and that Plaintiff take nothing on his claim of gross negligence against GREAT WESTERN DISTRIBUTING COMPANY OF AMARILLO d/b/a BILL REED DISTRIBUTING COMPANY.

Order on Defendant Great Western Distributing Company d/b/a
Bill Reed Distributing Company's Motion for Summary Judgment

Page 1 of 2

SIGNED this 11th day of May, 2015.

_Lee Hamilton_

THE HONORABLE LEE HAMILTON
JUDGE PRESIDING